

## Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WAL-MART STORES, INC. |
| Fictitious Names | BUD'S DISCOUNT CITY<br>BUD'S WAREHOUSE OUTLET<br>BUD'S WAREHOUSE OUTLET<br>FORT SMITH REMARKETING<br>SAM'S CLUB<br>SAM'S WHOLESALE CLUB<br>WAL-MART<br>WAL-MART AVIATION<br>WAL-MART EXPRESS<br>WAL-MART NEIGHBORHOOD MARKET<br>WAL-MART NEIGHBORHOOD MARKET<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER #1147<br>WAL-MART SUPERCENTER #8<br>WAL-MART VACATIONS<br>WALTON LIFE FITNESS CENTER |
| Filing # | 100067582 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 124 WEST CAPITOL AVENUE SUITE 1900<br><br>LITTLE ROCK, AR 72201 |
| Date Filed | 03/31/1970 |
| Officers | SEE FILE, Incorporator/Organizer<br>RICKY YOUNG , Tax Preparer<br>DOUGLAS MCMILLON , President<br>JEFFREY J GEARHART , Secretary<br>ANTHONY WALKER , Vice-President<br>CLAIRE BABINEAUX-FONTENOT , Treasurer<br>STEVEN P WHALEY , Controller |
| Foreign Name | N/A |
| Foreign Address | 702 SW 8TH STREET<br>BENTONVILLE, 72716 |
| State of Origin | DE |

Purchase a Certificate of Good Standing for this Entity     Pay Franchise Tax for this corporation



EXHIBIT A